## MEMORANDUM DECISIONS.

ISABELLA BIDDLE, *Appellee,* v. THE LEAVENWORTH LIGHT, HEAT & POWER COMPANY and THE MISSOURI AND KANSAS TELEPHONE COMPANY, *Appellants.*

No. 17,708.

Appeal from Leavenworth district court. Opinion on rehearing filed June 7, 1913. Reaffirmed. (For original opinion, see 87 Kan. 604, 125 Pac. 51.)

*Floyd E. Harper,* of Leavenworth, for appellant The Leavenworth Light, Heat & Power Company.

*J. W. Gleed, J. L. Hunt,* and *D. E. Palmer,* all of Topeka, for appellant The Missouri & Kansas Telephone Company.

*A. E. Dempsey,* of Leavenworth, for the appellee.

*Per Curiam:* We have reconsidered all the questions presented in this case and find no substantial reason to change the former opinion (*Biddle v. Power Co.,* 87 Kan. 604, 125 Pac. 51), and it is adhered to.